[No. 27899-5-II. Division Two. November 14, 2002.]

WALTER PATRICK, *Appellant*, v. THE SOCIETY FOR CREATIVE ANACHRONISM, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Clark County, No. 01-2-00428-3, Diane M. Woolard, J., entered September 7, 2001. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Houghton and Bridgewater, JJ.

[No. 28014-1-II. Division Two. November 14, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. C.D., *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 01-8-00866-5, Stephanie A. Arend, J., entered October 4, 2001. *Affirmed* by unpublished opinion per Quinn-Brintnall, A.C.J., concurred in by Houghton and Bridgewater, JJ.

[No. 28050-7-II. Division Two. November 14, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. TERRY STEPHENS, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 95-1-00365-6, James B. Sawyer II, J., entered October 11, 2001. *Affirmed* by unpublished opinion per Hunt, C.J., concurred in by Bridgewater and Quinn-Brintnall, JJ.

[No. 47846-0-I. Division One. November 18, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. C.D.H., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-8-50186-3, James A. Doerty, J., entered November 21, 2000. *Reversed* by unpublished per curiam opinion.